USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

Stephen Yang,

    Plaintiff,

v.

The E.W. Scripps Company,

    Defendant.

Case No.: 1:23-cv-05036-GHW

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: September 21, 2023

By: _____
Hillel I. Parness, Esq.
136 Madison Avenue, 6th Floor
New York, NY 10016
Tel: (212) 447-5299
Email: hip@hiplaw.com
*Attorneys for Defendant The E.W. Scripps Company*

By: _____
Joshua D. Vera, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jvera@sanderslaw.group
*Attorneys for Plaintiff Stephen Yang*

The parties have stipulated to the dismissal of this action with prejudice under F.R.C.P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated: September 22, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge